**IMAI, TADLOCK, KEENEY & CORDERY, LLP**
**R. RANDY WERTZ**
rrwertz@itkc.com
220 Montgomery Street, Suite 301
San Francisco, California 94104
Telephone: (415) 675-7000
Facsimile: (415) 675-7008

**YOUNG BASILE HANLON & MACFARLANE, P.C.**
**JEFFREY D. WILSON (PRO HAC VICE)**
wilson@youngbasile.com
**NATASHA R. MENEZES (PRO HAC VICE)**
menezes@youngbasile.com
3001 W. Big Beaver Road, Suite 624
Troy, Michigan 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

Attorneys for Defendants
IXL Learning, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>and<br><br>ADRIAN SCOTT DUANE,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>IXL LEARNING, INC.,<br><br>   Defendant. | Case No.: 3:17-cv-02979-VC<br><br>[~~PROPOSED~~] ORDER |

Defendant's Motion to Withdraw Stipulation and Correct Docket is hereby GRANTED.

Dated: __February 1__, 2018                          _____

                                                                                  U.S. District Court Judge