ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
AMI SANGHVI, SBN 4407672 (NY)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
The Phillip Burton Federal Building
450 Golden Gate Avenue, 5 West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (415) 522-3071
ami.sanghvi@eeoc.gov

*Attorneys for Plaintiff EEOC*

DAVID MAREK, SBN 290686
THE MAREK LAW FIRM, INC.
228 Hamilton Avenue
Palo Alto, California 94301
Telephone No. (917) 721-5042
david@marekfirm.com

*Attorney for Plaintiff-Intervenor*

JEFFREY D. WILSON (PRO HAC VICE)
EDDIE WOODWORTH (PRO HAC VICE)
YOUNG BASILE HANLON & MACFARLANE, PC
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
Telephone No. (248) 649-3333
wilson@youngbasile.com
woodworth@youngbasile.com

*Attorneys for Defendant IXL Learning, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>    and<br><br>ADRIAN SCOTT DUANE,<br><br>    Plaintiff-Intervenor,<br>    vs.<br><br>IXL LEARNING, INC.,<br><br>    Defendant. | Case No.: 3:17-cv-02979-VC<br><br>**POST-TRIAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   November 27, 2018<br>Time:   1:30 PM<br>Judge:  Honorable Vince Chhabria |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT pursuant to this Court's Text Order dated November 6, 2018

(ECF No. 152) and Civil Local Rule 16-10(d).

**1. FACTS/PROCEDURAL STATUS**

Plaintiff EEOC and Plaintiff-Intervenor Adrian Scott Duane brought a retaliation claim under Title VII and the ADA against Defendant IXL Learning, Inc. The claims were tried to a jury. The jury returned a defense verdict on October 29, 2018. This Court noticed a further Case Management Conference for November 27, 2018 and ordered that the parties file this Case Management Statement by November 20, 2018. (ECF No. 152). On November 20, 2018, Defendant requested to appear at the Case Management Conference by telephone, per ¶ 18 of Judge Chhabria's Civil Standing Order.

**2. MOTIONS**

Defendant filed a Bill of Costs on November 13, 2018. Plaintiffs' objections are due by November 27, 2018. (ECF No. 155)

The plaintiffs continue to evaluate whether to pursue a motion for a new trial pursuant to Fed. R. Civ. P. 59(a) and/or whether they intend to appeal the jury verdict.

DATED:  November 20, 2018          US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:     */s/ Ami Sanghvi*
        AMI SANGHVI

DATED: November 20, 2018           THE MAREK LAW FIRM, INC.

By:     */s/ David Marek*
        DAVID MAREK

DATED: November 20, 2018           YOUNG BASILE HANLON & MACFARLANE

By:     */s/ Jeffrey D. Wilson*
        JEFFREY D. WILSON

**LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from David Marek and Jeffrey Wilson.

Date: November 20, 2018                         /s/ Ami Sanghvi
                                                AMI SANGHVI