ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
AMI SANGHVI, SBN 4407672 (NY)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (415) 522-3071
Fax No. (415) 522-3425
ami.sanghvi@eeoc.gov

DAMIEN A. LEE, SBN 430135 (WASH. D.C.)
Seattle Field Office
909 First Ave., Ste. 400
Seattle, WA 98104
Telephone No. (206) 220-6915
Fax No. (206) 220-6911
damien.lee@eeoc.gov

*Attorneys for Plaintiff EEOC*

DAVID MAREK, SBN
THE MAREK LAW FIRM, INC.
228 Hamilton Avenue
Palo Alto, CA 94301
Telephone No. (917) 721-5042
david@marekfirm.com

*Attorney for Plaintiff-Intervenor Duane*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>ADRIAN SCOTT DUANE,<br><br>Plaintiff Intervenor,<br><br>vs.<br><br>IXL Learning, Inc.,<br><br>Defendant. | Case No.: 3:17-cv-02979-VC<br><br>**PLAINTIFFS' NOTICE OF INTENT REGARDING POST-TRIAL MOTIONS**<br><br>Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

The EEOC and Plaintiff-Intervenor Adrian Scott Duane do not intend on filing any post-trial motion regarding the jury verdict pursuant to Fed. R. Civ. P. 59 with this Court.  The Clerk, however, has not yet taxed the costs that Defendant seeks (ECF No. 155), some of which Plaintiffs oppose (ECF No. 160).  Therefore, Plaintiffs reserve the right to file any necessary motions for Court review of the Clerk's action as authorized by Fed. R. Civ. P. 54(d).

Respectfully submitted,

Dated:  December 20, 2018

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: _/s/ Ami Sanghvi_
    AMI SANGHVI, Senior Trial Attorney
    *Attorney for Plaintiff EEOC*

Dated:  December 20, 2018

THE MAREK LAW FIRM

By: _/s/ David Marek_
    DAVID MAREK
    *Attorney for Plaintiff-Intervenor Duane*

### **LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Ami Sanghvi, am the ECF User whose ID and password are being used to file the Plaintiffs' Notice of Intent Regarding Post-trial motions.  In compliance with Local Rule 5-1(i)(3), I hereby attest that David Marek concurred in this filing.

Dated:  December 20, 2018         _/s/ Ami Sanghvi_
                                  AMI SANGHVI, Senior Trial Attorney