UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>IXL LEARNING, INC.,<br><br>            Defendant. | 17-cv-02979-VC<br><br>**JUDGMENT** |

In light of the jury's verdict in favor of the defendant and against the plaintiff and plaintiff-intervenor on all counts, the Court now enters judgment in favor of the defendant and against the plaintiff and plaintiff-intervenor.

**IT IS SO ORDERED.**

Dated:  December 21, 2018

_____
VINCE CHHABRIA
United States District Judge